1    **WO**

2

3

4                   IN THE UNITED STATES DISTRICT COURT

5                      FOR THE DISTRICT OF ARIZONA

6

7    United States of America,            )

8              Plaintiff,                  )        **CR-07-501113-PHX-SMM**
                                           )
9    vs.                                   )
                                           )        **DETENTION ORDER**
10                                         )
     Jesus German Munoz,                   )
11                                         )
              Defendant.                   )
12   _____       )
                                           )
13

14        Defendant  appeared before this Court on a Petition for Revocation of Supervised

15   Release. The issue of detention was submitted to the Court. The Court considered the

16   Petition and file in determining whether defendant should be released on conditions set by

17   the Court.

18        The Court finds that defendant has failed to carry his burden of establishing that he

19   does not pose a serious flight risk  pursuant to Rule 32.1(a)(6), Federal Rules of Criminal

20   Procedure.

21        The Court concludes, therefore, by a preponderance of the evidence, that

22   defendant is a  flight risk and that  there is no condition or combination of conditions that

23   will reasonably assure his appearance at future proceedings.

24        IT IS THEREFORE ORDERED that defendant be  detained  pending  further

25   proceedings.

26        DATED this 28th day of April, 2009.

27

28
                              _____
                                        Edward C. Voss
                              United States Magistrate Judge

1  **WO**

2

3

4                    IN THE UNITED STATES DISTRICT COURT

5                      FOR THE DISTRICT OF ARIZONA

6

7  United States of America,                    )

8            Plaintiff,                          )         **CR-07-501113-PHX-SMM**
                                                 )
9  vs.                                           )
                                                 )         **DETENTION ORDER**
10                                               )
   Jesus German Munoz,                           )
11                                               )
           Defendant.                            )
12  _____             )

13                                               )

14        Defendant  appeared before this Court on a Petition for Revocation of Supervised

15  Release. The issue of detention was submitted to the Court. The Court considered the

16  Petition and file in determining whether defendant should be released on conditions set by

17  the Court.

18        The Court finds that defendant has failed to carry his burden of establishing that he

19  does not pose a serious flight risk  pursuant to Rule 32.1(a)(6), Federal Rules of Criminal

20  Procedure.

21        The Court concludes, therefore, by a preponderance of the evidence, that

22  defendant is a  flight risk and that  there is no condition or combination of conditions that

23  will reasonably assure his appearance at future proceedings.

24        IT IS THEREFORE ORDERED that defendant be detained pending further

25  proceedings.

26        DATED this 28th day of April, 2009.

27

28

                                    _____
                                    Edward C. Voss
                                    United States Magistrate Judge